IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02783-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

WADE SANDERS,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal With Prejudice filed July 16, 2014.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal With Prejudice (ECF No. 27) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

Dated:  July 16, 2014

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Senior United States District Judge